1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                         Plaintiff,

          v.

DAQUAN CARLOS RODRIGUEZ,

                         Defendant.

Case No. MJ23-220

DETENTION ORDER

Mr. Rodriguez is charged with Possession of Controlled Substances with Intent to Distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 18 U.S.C. § 2; and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i). The Court held a detention hearing on May 10, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2.      Mr. Rodriguez stipulated to detention.

3.      Mr. Rodriguez poses a risk of nonappearance due to pending charges, a history of failure to appear with multiple active warrants, and criminal activity and other

1    noncompliance while under court jurisdiction. In addition, because he was not

2    interviewed by Pretrial Services, his ties to this district are unknown.

3    4.    Mr. Rodriguez poses a risk of danger due to the nature of the instant offense, and

4    criminal activity while under court jurisdiction.

5    5.    Based on these findings, and for the reasons stated on the record, there does not

6    appear to be any condition or combination of conditions that will reasonably assure

7    Mr. Rodriguez's appearance at future court hearings while addressing the danger

8    to other persons or the community.

9    6.    Taken as a whole, the record does not effectively rebut the presumption that no

10   condition or combination of conditions will reasonably assure the appearance of

11   Mr. Rodriguez as required and the safety of the community.

12   IT IS THEREFORE ORDERED:

13   (1)   Mr. Rodriguez shall be detained pending trial, and committed to the custody of

14   the Attorney General for confinement in a correction facility separate, to the

15   extent practicable, from persons awaiting or serving sentences or being held in

16   custody pending appeal;

17   (2)   Mr. Rodriguez shall be afforded reasonable opportunity for private consultation

18   with counsel;

19   (3)   On order of a court of the United States or on request of an attorney for the

20   government, the person in charge of the corrections facility in which Mr.

21   Rodriguez is confined shall deliver the defendant to a United States Marshal for

22   the purpose of an appearance in connection with a court proceeding; and

23

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for Mr. Rodriguez, to the United States Marshal, and to the United States

Pretrial Services Officer.

Dated this __10th__ day of May, 2023.


_____
MICHELLE L. PETERSON
United States Magistrate Judge